OPINION — AG — INSURANCE IS NEITHER "MATERIALS, NOR SUPPLIES" NOR "EQUIPMENT" NOR "SERVICES" NOR "CONTRACTUAL SERVICES" WITHIN THE MEANING OF THOSE TERMS AS DEFINED IN SECT. 2 OF SENATE BILL NO. 211 AS PRINTED IN JUNE 8, 1959; AN THAT, THEREFORE, THE ACQUISITION OF INSURANCE BY, OR FOR, STATE AGENCIES WOULD NOT BE GOVERNED BY THE PROVISIONS OF SAID BILL. CITE: 74 O.S.H. 4(4), STATE BOARD OF AFFAIRS, CENTRAL PURCHASING (J. C. HARKIN)